No. 5008.—Parra, aplte., v. The Great American In-

surance Co. of New York, aplda.—C. D. Ponce. 
 Julio 8, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)

Apareciendo de las actuaciones en este caso que la apelación se presentó en 6 de mayo de 1929, y que han transcurrido más de treinta días desde aquella fecha, sin que se haya presentado la transcripción de autos, ni solicitado prórroga del término para ello, y sin que resulte que haya exposición del caso o transcripción de evidencia, ni términos prorrogados para ese fin, y habiéndose solicitado por la apelada la desestimación, se declara con lugar la moción, y se desestima la apelación.